**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARILYN YACINTHE, )<br>    *Plaintiff,* )<br> )<br>vs. )<br> )   Civil No.: 1:25-cv-10297-AK<br>FRANK BISIGNANO, Commissioner, )<br>Social Security Administration, )<br>    *Defendant*. ) | |

**ORDER ENTERING JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. § 405(G) WITH VOLUNTARY REVERSAL AND REMAND TO THE COMMISSIONER OF <u>SOCIAL SECURITY</u>**

    The Court hereby allows defendant's Assented-to Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the case to defendant. This action is hereby reversed and remanded to the Commissioner of Social Security for further administrative proceedings. Upon remand, the Appeals Council will instruct the ALJ to give further consideration to the medical opinion evidence pursuant to the provisions of 20 C.F.R. §§ 404.1520c and 416.920c. As appropriate, the ALJ may request the medical source(s) provide additional evidence and/or further clarification of the opinion(s). 20 C.F.R. §§ 404.1520b, 416.920b. The ALJ will also be instructed to give further consideration to plaintiff's maximum residual functional capacity and provide an appropriate rationale with specific references to evidence of record in support of the assessed limitations, particularly regarding the need for an assistive device. 20 C.F.R. §§ 404.1545; Social Security Ruling 96-8p, 416.945; Social Security Ruling 96-8p. Finally, the Appeals Council will instruct the ALJ to offer plaintiff the opportunity for a hearing, take further action to complete the administrative record and issue a new decision.

    **SO ORDERED.**

Dated: December 9, 2025                                                                                   /s/ Angel Kelley
                                                                                                             Hon. Angel Kelley
                                                                                                             United States District Judge